United States Bankruptcy Court

Eastern District Of Michigan – Northern Division

| | | | |
|---|---|---|---|
| In re | MELVIN L. SMOTHERS, SR., | ) | Case No. |
| | | ) | 18-21277-dob |
| | And | ) | |
| | | ) | Chapter |
| | TANJA L. SIMPSON-SMOTHERS | ) | 13 |
| | Debtor | ) | |
| | | ) | |
| | MICHIGAN UNEMPLOYMENT | ) | |
| | INSURANCE AGENCY | ) | |
| | Plaintiff | ) | |
| | v. | ) | |
| | MELVIN L. SMOTHERS, SR., | ) | Adv. Proc. No. |
| | Defendant | ) | 19-02008-dob |
| | | ) | |

**ANSWER TO MICHIGAN UNEMPLOYMENT INSURANCE AGENCY'S COMPLAINT TO DETERMINE <u>DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. § 523 (a)(2)(A)</u>**

NOW COMES the Defendant, by and through his Attorney, and for her answer to the complaint states as follows:

1. Admit.

2. Admit.

3. Admit.

4. Admit.

5. Admit.

6. Admit.

7. Admit.

8. Admit.

1

9. Admit.

10. Neither admit nor deny and Debtor leaves the Michigan Unemployment Insurance Agency to their proofs on the issue.

11. Admit.

12. Admit.

13. Admit.

14. Admit.

15. Admit.

16. Admit.

17. Admit.

18. Admit.

19. Admit.

20. Admit.

21. Admit.

22. Admit.

23. Neither admit nor deny and Debtor leaves the Michigan Unemployment Insurance Agency to their proofs on the issue.

24. Neither admit nor deny and Debtor leaves the Michigan Unemployment Insurance Agency to their proofs on the issue.

   WHEREFORE, the Debtor respectfully requests that this honorable Court:

   (1) Deny all requested relief by the Plaintiff;

   (2) Order that this debt is Dischargeable.

Respectfully submitted,

By: /s/ Matthew L. Frey (with consent)
MATTHEW L. FREY (P68239)
4901 Towne Centre Road, Suite 315
Saginaw, MI 48604
(989) 799-2227
mfrey@matthewfreylaw.com


Dated: February 25, 2019

3

19-02008-dob    Doc 6    Filed 02/25/19    Entered 02/25/19 13:21:03    Page 3 of 3